```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 13-04575-MDF
Sean W. Davenport                                                     Chapter 13
Tina M. Davenport
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi            Page 1 of 2                   Date Rcvd: Dec 15, 2016
                              Form ID: ordsmiss          Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
```
db/jdb         #+Sean W. Davenport,    Tina M. Davenport,    24 Hanover Street,    Glen Rock, PA 17327-1013
4372336        +Advanced Radiology,    P.O. Box 64580,    Baltimore, MD 21264-4580
4372338        +Baltimore Colorectal & Surgical,    6535 N. Charles Street,    Suite 445,    Towson, MD 21204-5824
4372339         Chase,   PO Box 24696,    Columbus, OH 43224-0696
4372340        +CitiBank,   c/o Northland Group, Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
4372341         First Federal Credit Control,    24700 Chagrin Blvd,    Ste 205,    Beachwood, OH 44122-5662
4372342        +Four Seasons Investments, LLC,    c/o Kenneth S. Shapiro, Esq,    712 Darby Road, PO Box 20,
                 Havertown, PA 19083-0210
4372343         Greater Baltimore Medical Center,    120 Commerce Drive,    Suite 100,    Hauppauge, NY 11788-3963
4408787        +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
4372345         LifeBridge Health,    PO Box 64144,    Baltimore, MD 21264-4144
4372347        +Main Street Acquisition Corp.,    c/o Gordon & Weinberg PC,    1001 E. Hector Street, Ste 220,
                 Conshohocken, PA 19428-2395
4372348        +Maryland Family Care Inc L076,    PO Box 3495,    Toledo, OH 43607-0495
4372350        +National Rehab Equipment Inc,    Airside Business Park,    PO Box 1135,
                 Coraopolis, PA 15108-6135
4372352         Quest Diagnostics,    1901 Sulphur Spring Road,    Halethorpe, MD 21227-2943
4372353        +Sinai Hospital,    PO Box 64371,    Baltimore, MD 21264-4371
4372354        +St Paul Place Spec Inc S033,    PO Box 3495,    Toledo, OH 43607-0495
4372355        +Tracey A. Bowden DDS LLC,    2326 York Road,    Suite 200,    Lutherville Timonium, MD 21093-2273
4372356         UCB Collections,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
4372357        +University Physicians,    250 W Pratt St, Ste 500,    Baltimore, MD 21201-6804
4372358         Vascular Surgery Assocaites LLC,    520 Upper Chesapeake Drive,    Suite 306,
                 Bel Air, MD 21014-4375
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4397096         EDI: AIS.COM Dec 15 2016 18:58:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
4372344         EDI: CAUT.COM Dec 15 2016 18:58:00      JPMorgan Chase Bank,    PO Box 901076,
                 Fort Worth, TX 76101-2076
4392478         EDI: CAUT.COM Dec 15 2016 18:58:00      JPMorgan Chase Bank NA,    National Bankruptcy Dept,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ   85038-9505
4372346         EDI: RESURGENT.COM Dec 15 2016 19:03:00      LVNV Funding,    PO Box 10497,    Ste 110, MS 576,
                 Greenville, SC 29603-0497
4430126         EDI: RESURGENT.COM Dec 15 2016 19:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4429184         EDI: BL-BECKET.COM Dec 15 2016 19:03:00      Main Street Acquisition Corp assignee of HSBC CARD,
                 SERVICES (III) INC,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4372349         EDI: MID8.COM Dec 15 2016 19:03:00      Midland Credit Management,    8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
4372351         E-mail/Text: bankruptcydepartment@tsico.com Dec 15 2016 19:04:39      NCO Financial Syestems,
                 PO Box 15273,    Wilmington, DE 19850-5273
4372359         E-mail/Text: bknotice@erccollections.com Dec 15 2016 19:04:18      Verizon,
                 c/o Enhanced Recovery Co,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4372337        ##+Amercian Collection Enterprise,    6094-D Franconia Road,    SES Inc,   Alexandria, VA 22310-4433
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

Case 1:13-bk-04575-MDF    Doc 41    Filed 12/17/16    Entered 12/18/16 00:47:49    Desc
                       Imaged Certificate of Notice    Page 1 of 3

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2016 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Michael R Caum    on behalf of Debtor Sean W. Davenport mikecaumesq@comcast.net
          Michael R Caum    on behalf of Joint Debtor Tina M. Davenport mikecaumesq@comcast.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Sean W. Davenport  
Tina M. Davenport  

Chapter 13

Case No. 1:13−bk−04575−MDF

**Debtor(s)**

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: December 15, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France  
United States Bankruptcy Judge  
By: karendavis, Deputy Clerk